IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TOMMY SLEDGE, : | |
| : | |
| Petitioner, : | |
| : | |
| vs. : | 5:04-CV-375 (CAR) |
| : | |
| BRUCE CHATMAN, Warden, : | |
| : | |
| Respondent. : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Tab 17] that the above-captioned petition for federal habeas corpus relief be dismissed. The United States Magistrate Judge found that the petition was barred by the relevant statute of limitations, 28 U.S.C. § 2244(d). Pursuant to 28 U.S.C. § 636(b)(1), Petitioner filed an Objection [Tab 20] to the Recommendation. However, having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge and finds Plaintiff's objections to be unpersuasive. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the instant petition for federal writ of habeas corpus is hereby **DISMISSED** with prejudice.

**SO ORDERED**, this 9th day of May, 2005.

s/ C. ASHLEY ROYAL
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JLR/jec